## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JENNIFER LEWIS,

      Plaintiff,

v.                                                                      No. 2:20-cv-00705-JCH-KRS

XL CATLIN,

      Defendant.

## SCHEDULING ORDER

**THIS MATTER** comes before the Court following a telephonic Rule 16 scheduling conference held on August 27, 2020. At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan, with slight modifications, as reflected in the dates below

Accordingly, **IT IS HEREBY ORDERED** that the parties shall adhere to the following discovery plan:

(a) Maximum of twenty-five (25) interrogatories by each party to any other party with responses due thirty (30) days after service.

(b) Maximum of twenty-five (25) requests for admission by each party to any other party with responses due thirty (30) days after service.

(c) Maximum of twenty-five (25) requests for production by each party to any other party with responses due thirty (30) days after service.

(d) Maximum of six (6) depositions per side. Each deposition shall not exceed seven (7) hours unless extended by agreement.

**IT IS FURTHER ORDERED** that the following case management deadlines shall govern:

(a) Deadline for Plaintiff and Counterdefendant to amend pleadings pursuant to Federal Rule of Civil Procedure 15:  **September 2, 2020**;

(b) Deadline for Plaintiff and Counterdefendant to join parties pursuant to Federal Rule of Civil Procedure 15:  **September 2, 2020;**

(c) Deadline for Defendants and Counterclaimant to amend pleadings pursuant to Federal Rule of Civil Procedure 15:  **October 2, 2020**;

(d) Deadline for Defendants and Counterclaimant to join parties pursuant to Federal Rule of Civil Procedure 15:  **October 2, 2020;**

(e) Plaintiff's expert-disclosure deadline:  **November 1, 2020**;

(f) Defendant's expert-disclosure deadline:  **December 15, 2020**;

(g) Deadline for supplementing discovery/disclosures: **As soon as practicable**;

(h) Termination of discovery:  **February 28, 2021**;

(i) Motions relating to discovery:  **March 31, 2021**;

(j) All other motions:  **April 30, 2021**;

(k) Pretrial order:     Plaintiff to Defendant by:  **May 3, 2021**;

　　　　　　　　　　Defendant to Court by:  **May 21, 2021**.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery, other than the parties' agreement to extend the length of a deposition made during the deposition in question.  Requests by a party to change the timing or scope of discovery, other than a mutual agreement to extend a deposition reached during the deposition, must be made by motion and before the termination of discovery or the expiration of any applicable deadline.

Discovery must be completed on or before the termination of the discovery deadline. A written discovery request must be propounded by a date which ensures that the response to that request is due on or before the discovery deadline. The parties are further reminded that the cutoff for motions related to discovery does not relieve the party of the twenty-one (21) day time period under Local Rule 26.6 to challenge a party's objections to answering discovery. The parties are encouraged to review Federal Rule of Civil Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE